

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00431-CR

| | | |
|---|---|---|
| Derrick Cash Smith | § | From County Criminal Court No. 2 |
| | § | of Denton County (CR-2014-06227-B) |
| v. | § | June 30, 2016 |
| | § | Opinion by Justice Dauphinot |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Lee Ann Dauphinot_____
　　Justice Lee Ann Dauphinot